IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00322-LTB

WAYNE D. BRIDGES,

    Plaintiff,

v.

I HAVE "LAW SUES" EMBEZZMENT [sic] "WORTH" (ONE BILLION DOLLARS).
THE "LAW SUE" IS A "PENAL" "SUE" FROM THREE STATES (MYRTLE BEACH AND IDAHO AND DENVER COLORADO).
IS START FROM A "REAL ESTATES" EVICT IN MYRTLE BEACH (BY) CONGRESSMAN ANDERSON (MANAGEMENT).
HE "FOGEIT" [sic] A DOCUMENT BANK ACCOUNT IN MYRTLE BEACH (MY).
I HAVE PROOF AND EVIDENCE.
("HE" BEEN "PURSUE ME" FROM THREE STATE "MYRTLE BEACH" "IDAHO," "DENVER COLORADO").
CONGRESSMAN ANDERSON, and
CONGRESSMAN ANDERSON FARM,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 7, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7 day of March, 2013.

                                            FOR THE COURT,

                                            JEFFREY P. COLWELL, Clerk

                                            By: s/ S. Grimm
                                                  Deputy Clerk